IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Megan Nelson on behalf of herself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BMW Financial Services NA, LLC, d/b/a Alphera Financial Services, All Wheels Recovery, Inc., and John Doe Repossession Agencies 1-10<br><br>Defendants. | CIVIL NO. 15-CV-2661 (SER)<br><br><br><br>**STIPULATION FOR EXTENSION OF TIME TO ISSUE ACCOUNT CREDITS** |

Plaintiff Megan Nelson, on behalf of herself and the Settlement Class ("Plaintiff"), and defendants BMW Financial Services NA, LLC ("BMW FS") and All Wheels Recovery, Inc. (collectively, with BMW FS and Plaintiff, the "Parties"), hereby stipulate to extend the deadline for BMW FS to issue Account Credits pursuant to the terms of the Settlement Agreement and in support thereof state as follows:

WHEREAS, on March 8, 2017, the Court issued its Final Approval Order wherein the Court finally approved the Settlement, including the plan of distribution for the Settlement Fund (Dkt. No. 68, ¶¶ 6, 8);

WHEREAS, on May 2, 2017, the Court issued an Order on Plaintiff's Motion for Attorney's Fees, Costs and Class Representative's Incentive Award (Dkt. No. 70);

WHEREAS, pursuant to the terms of the Settlement Agreement and the Court's orders, the following deadlines govern distribution of the Settlement Fund:

LA 51896429

- June 15 – Deadline for BMW FS to transfer funds to Settlement Administrator for attorney's fees and incentive award;

- June 16 – Deadline for BMW FS to issue Account Credits;

- June 30 – Deadline for BMW FS to transfer all remaining Settlement Funds to Settlement Administrator; and

- July 14 – Deadline for Settlement Administrator to mail cash awards to eligible Settlement Class Members;

WHEREAS, in order to ensure that the Settlement Fund is properly distributed, BMW FS requested that the deadline to issue Account Credits be extended through and until June 30, 2017; and

WHEREAS, to keep the Settlement Class informed of the deadlines, the Parties agree to post an update to the Settlement Website with the upcoming deadlines.

NOW, THEREFORE, the Parties hereby stipulate, through their undersigned attorneys, that the deadline for BMW FS to issue Account Credits be extended through and until June 30, 2017.  No other deadlines will be impacted by this Stipulation.  The

///

///

///

Parties further agree to instruct the Settlement Administrator to post on update on the Settlement Website of the upcoming deadlines.

 Respectfully submitted,

| | |
|---|---|
| Dated:  June 13, 2017 | CONSUMER JUSTICE CENTER, P.A. |
| | |
| | By *s/ Thomas J. Lyons, Jr.* |
| | Thomas J. Lyons, Jr. (#0249646) |
| | 367 Commerce Court |
| | Vadnais Heights, Minnesota, 55127 |
| | Telephone:  (651) 770-0707 |
| | Facsimile:   (651) 704-0907 |
| | tommycjc@aol.com |
| | |
| | ATTORNEYS FOR PLAINTIFF AND THE SETTLEMENT CLASS |
| | |
| Dated:  June 13, 2017 | STROOCK & STROOCK & LAVAN LLP |
| | |
| | By *s/ Arjun P. Rao* |
| | Julia B. Strickland (Pro Hac Vice) |
| | Arjun P. Rao (Pro Hac Vice) |
| | 2029 Century Park East |
| | Los Angeles, CA 90067-3086 |
| | Telephone:   (310) 556-5800 |
| | Facsimile:    (310) 556-5959 |
| | jstrickland@stroock.com |
| | arao@stroock.com |
| | |
| | NILAN JOHNSON LEWIS PA |
| | Douglas L. Elsass |
| | 120 S. 6th Street, Suite 400 |
| | Minneapolis, MN 55402 |
| | Telephone:  (612) 305-7500 |
| | Facsimile:    (612) 305-7501 |
| | ssiegal@nilanjohnson.com |
| | dwarden@nilanjohnson.com |
| | |
| | ATTORNEYS FOR DEFENDANT BMW FINANCIAL SERVICES NA, LLC |

Dated: June 13, 2017                     NILAN JOHNSON LEWIS PA

By *s/ Stanley E. Siegel*
Stanley E. Siegel (#199552)
David J. Warden (#393474)
120 S. 6th Street, Suite 400
Minneapolis, MN 55402
Telephone:  (612) 305-7500
Facsimile:   (612) 305-7501
ssiegal@nilanjohnson.com
dwarden@nilanjohnson.com

ATTORNEYS FOR DEFENDANT ALL WHEELS RECOVERY, INC.

LA 51896429